UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    - v. -

MICHAEL BROWN, and
ANDREW LLOYD,

                Defendants.

ORDER

S2 20 Cr. 524

    Upon the application of the United States of America, by Assistant United States Attorney Sagar K. Ravi, it is hereby ORDERED that the Superseding Indictment in this matter, S2 20 Cr. 524, be unsealed.

Dated:  New York, New York
        November 10, 2022

                                      _____
                                      HONORABLE KATHERINE POLK FAILLA
                                      UNITED STATES MAGISTRATE JUDGE