LAW OFFICES OF
## SCOTT B. TULMAN & ASSOCIATES, PLLC

THE HELMSLEY BUILDING
230 PARK AVENUE, 18th Floor
NEW YORK, NEW YORK 100
(212) 867-3600

stulman@tulmanlaw.com
WWW.TULMANLAW.COM

February 3, 2023

The Honorable Katherine P. Failla
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York  10007



Re:  United States v. Andrew Lloyd
     S2 20 CR 524 (KPF)

Dear Judge Failla:

The above matter is scheduled for a status conference on February 14, 2023.  Defendant respectfully submits this letter to respectfully request that the status conference be adjourned thirty days to March 14, 2023.  The Government consents to this application.

The defense is currently preparing a submission to the Government seeking a proposed pre-trial disposition of the case as to this defendant because of circumstances peculiar to this defendant.  We require more time to review and assemble documents and evidence in support of our submission and the Government will require some time to consider it.

The parties agree that this time from February 14, 2023 through March 14, 2023, should be excludable under the Speedy Trial Act pursuant to 18 U.S.C. §§3161(b)((7)(A) and (h)(7)(B)(iii) because the ends of justice served by granting this extension to allow for continued review of evidence and exploration of a pretrial disposition outweigh the interest of the public and defendant in a speedy trial.

No prior requests have been made for adjournments.

Respectfully submitted

Scott B. Tulman

SBT:ss
cc:  Sagar K. Ravi, Esq., AUSA (by email)
     Sarah Lai, Esq., AUSA (by email)

Application GRANTED.  The conference scheduled to take place on February 14, 2023, is hereby **ADJOURNED to March 14, 2023, at 11:00 a.m.**

It is further **ORDERED** that time is excluded under the Speedy Trial Act between February 14, 2023, and March 14, 2023.  The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the Defendant in a speedy trial because it will permit the parties to consider a pre-trial disposition.

The Clerk of Court is directed to terminate the pending motion at docket entry 41.

Dated:    February 6, 2023          SO ORDERED.
          New York, New York

                                    HON. KATHERINE POLK FAILLA
                                    UNITED STATES DISTRICT JUDGE