UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------ x
UNITED STATES OF AMERICA,                :
                                         :
         - v. -                          :
                                         :
MICHAEL BROWN, and                       :         20 Cr. 524 (KPF)
ANDREW LLOYD,                            :
                                         :         ORDER
              Defendants.                :
                                         :
------------------------------------------------------ X

       Upon the motion of the United States of America dated January 23, 2023, it is found that: (a) there are over one hundred thousand potential individual victims in this case; (b) there is no readily available up-to-date compilation of such individuals; and (c) it is impracticable to accord all of the potential victims the rights described in Title 18, United States Code, Section 3771(a).

       It is further found, pursuant to Title 18, United States Code, Section 3771(d)(2), that the procedures described below regarding victim notification and victims' rights are reasonable and will give effect to Title 18, United States Code, Section 3771 without unduly complicating or prolonging the proceedings in this matter.

Accordingly, it is hereby ORDERED

       That the following procedures are reasonable and give effect to the notification rights contained in Title 18, United States Code, Section 377l(a):

       1.    The United States Attorney's Office will post notification about scheduled public proceedings on its Internet website at http://www.usdoj.gov/usao/nys on a page for this case and that page will also provide the following information:

      a.      The caption, case number and assigned judge for the case for which notification is made;

      b.      A substantially verbatim listing of the rights provided for in Title 18, United States Code, Section 377l(a);

      c.      A listing of public proceedings scheduled in the case; and

      d.      The name and contact information for a United States Attorney's Office official with responsibility for addressing victims' rights.

2. The Government will update its Internet posting relating to this case to reflect scheduled public proceedings, within a reasonable period of time of such scheduling.

Dated:  February 7, 2023
           New York, New York

_____
HONORABLE KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE