LAW OFFICES OF
## SCOTT B. TULMAN & ASSOCIATES, PLLC

THE HELMSLEY BUILDING
230 PARK AVENUE, 18th Floor
NEW YORK, NEW YORK 100
(212) 867-3600

stulman@tulmanlaw.com
WWW.TULMANLAW.COM

April 24, 2023

The Honorable Katherine P. Failla
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    United States v. Andrew Lloyd
               S2 20 CR 524 (KPF)

**MEMO ENDORSED**

Dear Judge Failla:

      The above matter is scheduled for a status conference on April 27, 2023. Defendant respectfully submits this letter to respectfully request that the status conference be adjourned to May 25, 2023. The Government consents to this application.

      The defendant is currently being supervised closely by Pretrial Services because of his mental health needs, while undergoing continued testing to determine whether he suffers from autism. The defense has submitted a written request to the Government to investigate Mr. Lloyd's suitability for a proposed pre-trial disposition of his case involving an alternative to his continued prosecution because of circumstances peculiar to him. The Government requires time to conduct its investigation and consider this request. Mr. Lloyd requires more time to submit reports and documents to the Government supporting his position.

      The parties agree that the time from April 27, 2023 through May 25, 2023, should be excludable under the Speedy Trial Act pursuant to 18 U.S.C. §§3161(b)((7)(A) and (h)(7)(B)(iii) because the ends of justice served by granting this extension to allow for continued review of evidence and exploration of a pretrial disposition outweigh the interest of the public and defendant in a speedy trial.

      Two prior requests have been made for thirty-day adjournments.

                                      Respectfully submitted

                                      Scott B. Tulman

SBT:ss
cc:     Sagar K. Ravi, Esq., AUSA (by email)

Application GRANTED.  The status conference for Mr. Lloyd scheduled to take place on April 27, 2023, is hereby **ADJOURNED to May 30, 2023, at 3:00 p.m.**  Given that this is the third adjournment of Mr. Lloyd's status conference, the Court expects to see the parties at the aforementioned date and time.

It is further **ORDERED** that time is excluded under the Speedy Trial Act between April 27, 2023, and May 30, 2023.  The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and Defendant in a speedy trial because it will permit defense counsel to continue to review discovery and permit the parties to consider a pre-trial disposition.

The Clerk of Court is directed to terminate the pending motion at docket entry 59.

Dated:     April 24, 2023
           New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE