LAW OFFICES OF
## SCOTT B. TULMAN & ASSOCIATES, PLLC

THE HELMSLEY BUILDING
230 PARK AVENUE, 18th Floor
NEW YORK, NEW YORK 100
(212) 867-3600

stulman@tulmanlaw.com
WWW.TULMANLAW.COM

May 19, 2023

The Honorable Katherine P. Failla
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York  10007

      Re:    <u>United States v. Andrew Lloyd</u>
              S2 20 CR 524 (KPF)

**MEMO ENDORSED**

Dear Judge Failla:

     Defendant Andrew Lloyd respectfully requests that he be permitted to attend the status conference scheduled for May 30, 2023, virtually from his home in Pittsburgh, Pennsylvania. The Government does not object to this application. If Mr. Lloyd must personally appear, we respectfully request the status conference be adjourned to June 1, 2023.

     We have provided the Government medical records obtained from Mr. Lloyd's supervising Pre-Trial Services Officer in Pittsburgh. Mr. Lloyd has significant mental health issues impacting on his ability to travel. He has never travelled long distances alone and has no one available to bring him to New York for the May 30 appearance. I make this application because I am unaware of any reason why the parties would be prejudiced by Mr. Lloyd's virtual appearance for this status conference. Mr. Lloyd is aware that he has the right to be personally present, and the obligation to be personally present if required by the Court. He waives his right to be physically present for this status conference.

     If Mr. Lloyd is not permitted to appear virtually, his father is available to drive him from Pittsburgh on May 31, 2023, stay overnight in the New York area, and drive him back the following day, June 1, 2023, following his court appearance.

     I thank the Court for its consideration of this request.

                                                              Respectfully submitted,

                                                              Scott B. Tulman

SBT:ss
cc:    Sagar K. Ravi, Esq., AUSA (by email)

Application GRANTED.  The May 30, 2023 status conference will be conducted virtually.  Instructions to video participants will be emailed to the parties in advance of the conference.

The Clerk of Court is directed to terminate the pending motion at docket entry 62.

Dated:     May 19, 2023            SO ORDERED.
           New York, New York

                                   *[signature: Katherine Polk Failla]*

                                   HON. KATHERINE POLK FAILLA
                                   UNITED STATES DISTRICT JUDGE