LAW OFFICES OF
## SCOTT B. TULMAN & ASSOCIATES, PLLC

THE HELMSLEY BUILDING
230 PARK AVENUE, 18th Floor
NEW YORK, NEW YORK 100
(212) 867-3600

stulman@tulmanlaw.com
WWW.TULMANLAW.COM

September 13, 2023

The Honorable Katherine P. Failla
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York  10007

**MEMO ENDORSED**

Re:  United States v. Andrew Lloyd
     S2 20 CR 524 (KPF)

Dear Judge Failla:

I write to respectfully request that Andrew Lloyd's current bail conditions be modified to permit travel as set forth below.  Neither the Government nor Pretrial Services oppose this bail modification.  This is Mr. Lloyd's first application for a bail modification to permit travel.

With Pretrial Services' active encouragement, Mr. Lloyd is receiving medication and treatment for severe mental conditions with which he has been recently diagnosed, including autism, obsessive-compulsive disorder, major depressive disorder and agoraphobia.  Mr. Lloyd also suffers from severe migraine headaches, for which he is now receiving treatment.  Mr. Lloyd, 31 years old, rarely leaves his home where he resides with his parents.

Mr. Lloyd's parents, his caretakers, wish to visit their other son and daughter-in-law who are expecting their first child, but they do not want to leave Mr. Lloyd alone.  Mr. Lloyd has agreed to accompany them.  Accordingly, we request that Mr. Lloyd's bail be modified to permit him to travel with his parents to the Eastern District of North Carolina, from September 15 through September 23, 2023, during which time Mr. Lloyd will continue his therapy sessions, and otherwise comply with his Pretrial Services Officer's directions. Mr. Lloyd will provide Pretrial with a complete itinerary, his address, and his time of departure and return to his home.

Respectfully submitted

*[signature]*

Scott B. Tulman

SBT:ss
cc:  Sagar K. Ravi, Esq., AUSA (by email)
     Sarah Lai, Esq., AUSA (by email)
     Leah Masciantonio, Pretrial Services  (by email)

Application GRANTED.  Defendant is permitted to travel pursuant to the above specifications.  Prior to departure, Defendant is directed to provide Pretrial Services with a complete itinerary, his address, and his time of departure and return to his home.  The Court wishes Defendant's family well, and is glad to hear Defendant is receiving treatment for his medical conditions.

The Clerk of Court is directed to terminate the pending motion at docket number 96.

Dated:     September 14, 2023          SO ORDERED.
           New York, New York

                                       HON. KATHERINE POLK FAILLA
                                       UNITED STATES DISTRICT JUDGE